# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

160885

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL ANTHONY SIMMONS,
      Defendant-Appellant.

SC: 160885
COA: 350230
Kalamazoo CC: 1996-001350-FC

_____/

      On order of the Court, the application for leave to appeal the December 13, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

p1116